## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**RAFAEL LOPEZ RIVERA**
**LUZ B. GONZALEZ MIRANDA**
**DEBTOR(S)**

CASE NUM.: 11-06814 MCF

CHAPTER 13 (ASSET CASE)

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 8/24/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 24th, day of August 2011.

**RESPECTFULLY SUBMITTED.**

**/S/MARILYN VALDES ORTEGA**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE: Case No. 11-06814-MCF

LOPEZ RIVERA, RAFAEL & GONZALEZ MIRANDA, LUZ B.
Debtor(s)

Chapter 13

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8-24-2011 ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 2,370.00 x 60 = $ 142,200.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 142,200.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 142,200.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,664.00

Signed: /s/ RAFAEL LOPEZ RIVERA
Debtor

/s/ LUZ B. GONZALEZ MIRANDA
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRSTBANK PUERTO** Cr. _____ Cr. _____
# **4160000144597** # _____ # _____
$ **4,576.85** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. **BANCO POPULAR D** Cr. _____
# **03249614040527** # **2525801-9001** # _____
$ **23,027.97** $ **60,000.00** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP. A/C GERENC**
5. ☐ Other: _____
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRSTBANK PUERTO**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE LOPEZ RIVERA, RAFAEL & GONZALEZ MIRANDA, LUZ B.         Case No. _____
                            Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

a. ABOVE MEDIAN/60 MO. COMMITMENT PERIOD;  UNSECURED POOL = $0.00;

b. Adequate Protection payments to BBVA at the rate of $200.00 until confirmation;

c. Upon confirmation, attorney's fees to be paid first and ahead of any creditor. Thereafter Trustee to make disbursements to BBVA ahead of any other creditor to avert the need for insurance.

d. Tax refunds, if any, will be devoted each year as periodic payments to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without need of further notice, hearing or Court order. If need be for the use of debtor of a portion of such refund, debtor shall seek the Court's authorization prior to the use of funds.

e. Confirmation of this plan constitutes a finding that debtors have timely complied with all of debtor's duties under 11 USC §521, and that the plan and the bankruptcy case were both filed in good faith.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-06814-13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-06814-13 Notice will not be electronically mailed to:**

ANGEL L. LOPEZ REYES
HC-01 BOX 9811
TOA BAJA, PR 00949

ANGEL M. LOPEZ LAUREANO
RR 01 BOX 12654
TOA ALTA, PR 00953

AUT. ACUEDUCTOS Y
ALCANTARILLADOS PR
P.O. BOX 70101
SAN JUAN, PR 00936-8501

AUTORIDAD DE ENERGIA ELECTRICA
Po Box 71324
Santurce, PR 00936

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR DE PUERTO RICO
P.O. BOX 366818
SAN JUAN, PR 00936-6818

CARLOS A. LOPEZ QUINTANA
URB. BRISAS DEL CAMPERO, CALLE 509
ECLESEASTE, CAMPANILLA
TOA BAJA, PR 00951

CLARO
METRO OFFICE PARK PISO 2
GUAYNABO, PR 00966

COMMOLOCO
Calle Hiram Gonzalez #15
Bayamon, PR 00959

COOP A/C GERENCIALES AEE/
GERENCOOP
1200 AVE. PONCE DE LEON
SAN JUAN, PR 00907-3918

COOP A/C GERENCIALES AEE/
GERENCOOP
1200 AVE. PONCE DE LEON
SAN JUAN, PR 00907-3918

COOPERATIVA DE TRANSPORTE Y CARGA
BANCO COOPERATIVO PLAZA PISO 9, TORRE A
AVE. PONCE DE LEON 623
HATO REY, PR 00917

DIRECT TV
P.O. BOX 71413
SAN JUAN, PR 00936-8513

EDGARDO LOPEZ QUINTANA
BO. BUCARABONES
CALLE 3, PARCELA #3
TOA ALTA, PR 00953

ENRIQUE MONTAÑEZ ROSA
BANCO COOPERATIVO PLAZA, PISO 9
TORRE A
AVE PONCE DE LEON 623
HATO REY, PR   00917

ENRIQUE THIELE ROMAN
ANCO COOPERATIVO PLAZA, PISO 9
TORRE A
AVE PONCE DE LEON 623
HATO REY, PR   00917

EVANGELISTA LOPEZ MARTINEZ
C/O ANGEL L. LOPEZ REYES
HC-01 BOX 9811
TOA BAJA, PR   00949

EVANGELISTA LOPEZ QUINTANA
APARTADO 199
CALLE EL MONTE, 88-B, BO.
CAMPANILLA
TOA BAJA, PR   00953

FIRSTBANK PUERTO RICO
1519 PONCE DE LEON AVE
SAN JUAN, PR   00908
GLADYS LOPEZ MARTINEZ
URB. SANTA ELENA, CALLE AK-14
BAYAMON, PR   00957

IRIS D. LOPEZ REYES
P.O. BOX 1055
TOA BAJA, PR   00951

JANETTE LOPEZ RIVERA
HC 01 BOX 8258
TOA ALTA, PR   00949

JAVIER LOPEZ QUINTANA
HC 03   BOX 8179
AVE. SECTOR CAPITAN
TOA BAJA, PR   00951

JESUS M. LOPEZ MARTINEZ
C/O LIC. VIVIAN GONZALEZ MENDEZ
P.O. BOX 6030 PMB 205
CAROLINA, PR   00984

JOSE M. LOPEZ RIVERA
37c   INTERFAITH TERR
FRAMINGHAM, MA   01702

KAYLA S. FELICIANO  RUIZ, ESQ.
SUITE 311   EDIF UNION PLAZA
416 AVE PONCE DE LEON
SAN JUAN, PR   00918-3430

LCDO. PLINIO PEREZ MARRERO
BANCO COOPERATIVO PLAZA  PISO 9,
TORRE A
AVE. PONCE DE LEON 623
HATO REY, PR   00917

LIC. VIVIAN GONZALEZ MENDEZ
P.O. BOX 6030  PMB 205
CAROLINA, PR   00984

MAYRA E. LOPEZ QUINTANA
P.O. BOX 1055
TOA BAJA, PR   00951

MIGUEL A. LOPEZ REYES
BOX 13033   RR1   CALLE 2
TOA ALTA, PR   00953

NCO FINANCIAL SYSTEMS OF P.R.
P.O. BOX 15630 DEPT 19
WILMINGTON, DE   19850

NCO FINANCIAL SYSTEMS OF P.R.
X79174
P.O. BOX 192478
HATO REY, PR   00918

NILSA LOPEZ QUINTANA
P.O. BOX 1055
TOA BAJA, PR   00951

TEXACO PUERTO RICO, INC.
BANCO COOPERATIVO PLAZA PISO 9
TORRE A
AVE. PONCE DE LEON 623
HATO REY, PR   00917

UNIVERSAL INSURANCE COMPANY
P.O. BOX 71338
SAN JUAN, PR   00936-8438

VICTOR M. LOPEZ REYES
P.O. BOX 1055
TOA BAJA, PR   00951